Gregory G. Skordas (#3865)
Gabriela Mena (#17087)
SKORDAS & CASTON, LLC
124 South 400 East, Suite 220
Salt Lake City, UT 84111
Telephone:  (801) 531-7444
Facsimile: (801) 665-0128
*Attorneys for Defendant*
gskordas@schhlaw.com
gmena@schhlaw.com
lawoffice@schhlaw.com

# IN  THE  UNITED  STATES  DISTRICT  COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WANEKA ROSEBUD CORNPEACH, <br><br> Defendant. | **APPEARANCE OF COUNSEL** <br><br><br> Case No. 2:23-cr-00434-HCN <br><br> Judge Howard C. Nielson, Jr <br> Magistrate Judge Daphne A. Oberg |

     The undersigned, Gregory G. Skordas, attorney at law, hereby enters his appearance of counsel on behalf of the Defendant, Waneka Rosebud Cornpeach, in the above-captioned matter and requests that any further correspondence be properly directed to counsel for the defendant at theaddress as stated above.

     DATED this 19th day of January, 2024.

                          SKORDAS & CASTON, LLC


                         */s/ Gregory G. Skordas*
                         Gregory G. Skordas

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2024, I electronically filed a true and correct copy of the foregoing APPEARANCE OF COUNSEL, with the Clerk of the Court using CM/ECF system, which sent notification of such filing to the following:

Kelly Rose Churnet
DISTRICT OF COLORADO
1801 CALIFORNIA ST STE 1600
DENVER, CO 80202
303-454-0100

*/s/ Lauren Norene -Paralegal*
SKORDAS & CASTON, LLC