PETER MCNEILLY, United States Attorney, District of Colorado
BRIAN DUNN, Special Assistant United States Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515
Attorneys for the United States of America
Office of the United States Attorney
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Email: brian.dunn@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00434 |
|---|---|
| Plaintiff, | **UNITED STATES' SENTENCING STATEMENT** |
| vs. | |
| WANEKA ROSEBUD CORNPEACH, | Judge Howard C. Nielson, Jr. |
| Defendant. | |

The United States, by and through Special Assistant United States Attorney Brian Dunn, respectfully submits the following Sentencing Statement.

1. Pursuant to the District of Utah's Criminal Rule 32-1(b), the United States declares that it has no objections to the Presentence Report. Additionally, the United States is unaware of any matters in dispute with respect to the Presentence Report. The parties have conferred in good faith.

## Guideline Calculation

2. The defendant has pled guilty to Counts 1 and 4 of the Indictment. The applicable guideline for both counts is USSG §2A2.2.

3. For Count 1, under §2A2.2(a), the base offense level is 14. Five levels are added under §2A2.2(b)(2)(A) because a firearm was discharged. Five levels are also added under §2A2.2(b)(3)(A) because the victim suffered serious bodily injury. Accordingly, the adjusted offense level for Count 1 is 24.

4. The same base offense level and enhancements apply for Count 4. Therefore, the adjusted offense level for Count 4 is 24.

5. Under §3D1.2, the counts do not group. Therefore, one Unit is added for a total of two Units. Under §3D1.4, two levels are added to the adjusted offense level, for a total of 26.

6. Under §3E1.1, the defendant's total offense level is 23 after a 3-level deduction for acceptance of responsibility.

7. The defendant's criminal history category is I.

8. With a total offense level of 23 and a criminal history category I, the applicable guideline range is 46-57 months.

9. The United States will request that restitution be ordered paid to the victims in the amounts requested in the final presentence report.

**Sentencing Recommendation Pursuant To 18 USC §3553(a)**

10. In accordance with the terms of the Plea Agreement, the United States will request a variant sentence of 24 months imprisonment to be followed by three years of supervised release. The United States believes this sentence is sufficient, but not greater than necessary, to satisfy the concerns set forth in 18 USC §3553(a). The victims are anticipated to request a guideline sentence at the sentencing hearing.

11. The nature and circumstances of the crime are serious and violent. On July 22, 2022, the defendant grossly overreacted to what should have been a nonviolent contact between a fish and wildlife officer and two citizens. On that day, she intentionally fired her weapon at two individuals who were driving away from her. The defendant used unwarranted deadly force out of anger in a situation that called for restraint. As a result, the victims have suffered life-altering serious bodily injury.[1] The United States believes that imprisonment is necessary to account for the nature and circumstances of the crime and the suffering of the victims.

---

[1] To her credit, immediately after the shooting, the defendant attempted to treat the victims and facilitate medical aid.

12. The defendant's history and characteristics are positive. The defendant has no criminal history points and was previously a tribal fish and wildlife officer who served the community.

13. The United States believes a prison sentence is necessary to deter others in the defendant's previous position from engaging in similar behavior. However, the United States is hopeful that the requested variant sentence is sufficient to personally deter the defendant from ever reacting in a violent and deadly manner again.

14. The United States also believes that a 24-month prison sentence is sufficient to protect the public from future crimes that may be committed by the defendant.

15. Accordingly, the United States respectfully requests a 24-month prison sentence followed by three years of supervised release. The United States will supplement this statement at the upcoming sentencing hearing.

Dated this 10th day of November.

BRIAN DUNN
Special United States Attorney

/s Brian Dunn_____
Brian Dunn
Special Assistant United States Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:   303-454-0406
E-mail: brian.dunn@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

    I hereby certify that on November 10, 2025, I electronically filed a true and correct copy of the foregoing GOVERNMENT'S SENTENCING STATEMENT with the Clerk of the Court using ECF system.

/s Brian Dunn_____
SAUSA