Gregory G. Skordas (#3865)
Gabriela Mena (#17087)
SKORDAS & CASTON, LLC
124 South 400 East, Suite 220
Salt Lake City, UT 84111
Telephone: (801) 531-7444
Facsimile: (801) 665-0128
Attorneys for Defendant
gskordas@schhlaw.com
gmena@schhlaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WANEKA CORNPEACH, <br><br> Defendant. | **DEFENDANT'S POSITION WITH REGARD TO SENTENCING FACTORS** <br><br> Case No. 23-cr-434-HCN-DAO <br><br> Honorable Judge Howard C. Nielson |

The Defendant, Waneka Cornpeach, by and through counsel of record, Gregory G. Skordas, hereby submits this memorandum with respect to requested recommendations and sentencing pursuant to 18 U.S.C. §3553(a).

## REQUESTED SENTENCE

Count 1, Assault with a Dangerous Weapon Within Indian Country, pursuant to 18 U.S.C. §113(a)(3)and 1153 and Count 4, Assault Resulting in Serious Bodily Injury While Within Indian Country, pursuant to 18 U.S.C. §113(a)(6) and 1153; it is respectfully requested Ms. Cornpeach not serve more than 24 months' imprisonment followed by a term of 36 months supervised probation.

## REQUESTED RECOMMENDATIONS

a. **Requests for Imprisonment:**

a. **Fine/Ability to Pay**. The Defendant requests that the fine be waived, as she will need to allocate any extra funds towards the imposed restitution.

## SENTENCING DISCUSSION

### I

### 18 U.S.C. § 3553(a) Factors

**Nature and Circumstances of the Offense:**

Ms. Cornpeach acknowledges her crime is a very serious offense. On July 17, 2022, in Uintah County, within the exterior boundaries of Uintah and Ouray Reservation, Indian Country, Ms. Cornpeach used a firearm to shoot Victim C.Y. As a result, the victim suffered serious bodily injury. Ms. Cornpeach is an enrolled member of the Ute Indian Tribe.

Ms. Cornpeach understands that there are significant costs that will be associated with restitution.

**Acceptance of Responsibility:**

Ms. Cornpeach has accepted responsibility for the offense and entered into this plea.

**Need for the Sentence Imposed:**

The requested sentence reflects both the need for the imposition of a substantial sentence and a resolution with the imposition that is not greater than necessary to achieve the objectives of sentencing.

**Protect the Public from Further Crimes of the Defendant:**

If Ms. Cornpeach is sentenced to no more than 24 months of imprisonment and probation, she will have an opportunity to focus on paying towards the restitution. Ms.

Cornpeach has a better chance of being successful while on limited confinement and will adequately protect the community.

 Based on the foregoing, Ms. Cornpeach requests that the Court sentence her to not serve more than twenty four months of imprisonment as agreed upon by the parties and thirty-six months of supervised probation and other terms as the Court deems just and appropriate. Given Ms. Cornpeach's individual characteristics, such a sentence strikes an appropriate balance between general and specific deterrence concerns and need for rehabilitation.

 DATED this 14th day of November 2025.

        SKORDAS & CASTON, LLC

        */s/ Gregory G. Skordas*
        Gregory G. Skordas

## CERTIFICATE OF SERVICE

I hereby certify that on the 14 November 2025, I electronically filed a true and correct copy of the foregoing **DEFENDANT'S POSITION WITH REGARD TO SENTENCING FACTORS**, with the Clerk of the Court using CM/ECF system, which sent notification of such filing to the following:

Felice John Viti
Brian Dunn
Assistant United States Attorney
111 South Main St., #1800
Salt Lake City, UT 84111

*/s/Lauren Norene-Legal Assistant*
SKORDAS & CASTON, LLC
